# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENETTE POWELL,<br><br>              Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 06-6907-OP<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

/ / /

/ / /

/ / /

---

[1]  Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1        IT IS ADJUDGED that Judgment be entered reversing the decision of the

2   Commissioner of Social Security, and remanding this matter for the payment of

3   benefits.

4

5   DATED:        July 9, 2008

6                                              HONORABLE OSWALD PARADA
                                               United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28